UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

BABOUCARR GAI,
a/k/a ABABACAR GAYE,

    Defendant.
_____/

CASE NO. 16-20711-RHC-RSW

DISTRICT JUDGE: ROBERT H. CLELAND

## Order authorizing payment of $910.52 to Mansoor Kane

IT IS HEREBY ORDERED that payment is authorized in the amount of $418.00 for Wolof language interpreter services and reimbursement of travel expenses in the amount of $ 492.52 to Mansour Kane.

IT IS SO ORDERED.

_____
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: MAR -8 2018

4

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-
                              CASE NO.  16-20711-RHC-RSW

BABOUCARR GAI,
a/k/a ABABACAR GAYE,          DISTRICT JUDGE:   ROBERT H. CLELAND

    Defendant.
_____/

## Ex Parte Motion for payment to Interpreter Mansoor Kane

Baboucarr Gai a/k/a Ababacar Gaye, through his attorney, moves for appointment and approved expenditure over $800.00 for a Wolof Language interpreter in the amount of $418.00 for professional services, and in an amount of $492.52 for travel expenses, and states the following in support of his motion:

1. Defense counsel needed to effectively meet with defendant with the assistance of a foreign language interpreter; defendant cannot read English well and defendant cannot fully speak and comprehend the English language; defendant speaks the Wolof language (a West African language in the area of Senegal and the Gambia).

2. Defendant needed to read and review the pre-sentence report, so that

1

any objections can be made prior to the sentencing date of December 4, 2017. The PSR was not provided to counsel until October 31, 2017.

3. Attorney Foster will needed approximately 3.0 hours for the interpreter to read and review the PSR and the proposed defendant's statement in support of judicial removal, and for an attorney client meeting.

4. Mansour Kane, is a Wolof language interpreter from New York who has been used by this Court for in court interpretation services for this case.

5. Mr. Kane anticipated that his travel expenses would not exceed $700.00 and his fee for a day of service is $426.00. Mr. Kane has already performed his services on November 17, 2017 and his fee for the service was $418.00 and his expenses were $492.52 for a total due to him in the amount of $910.52.

WHEREFORE, Defendant, through his counsel, requests that an order for payment in the amount of $418.00 for interpreter services with a Wolof interpreter and for reimbursement of travel expenses in the amount of $910.52 to Mansour Kane.

DATED:   January 25, 2018        /s/ Mitchell T. Foster
                                 Mitchell T. Foster
                                 **Attorney for Defendant**

3

INVOICE

Mansour Kane

1481 Dean Street # 1 L

Brooklyn, NY 11213

(347)420-7362

mansoorkane@yahoo.com

SERVICE TYPE: Document Translation.

INTERPRETER: Mansour Kane

LANGUAGE: Wolof.

CASE NUMBER: 16-20711

EXPENSES: $492.52

RATE: $418.00

JOB DATE: 11/07/2917

WORKED FROM-TO: all day.

CASE NAME: Babacar Gai.

COURT: Det., Michigan.

TOTALDUE: $910.52

Mansour Kane

Subject: Your ride with Kenneth on November 7

From: no-reply@lyftmail.com
To: mansoorkane@yahoo.com
Date: Wednesday, November 8, 2017, 3:43:34 PM EST

This message contains blocked images. Show images or Always show images

 Lyft

 Photo of Kenneth

## Thanks for riding with Kenneth!

November 7, 2017 at 3:16 PM

### Ride Details

| | |
|---|---|
| Lyft fare (18.86mi, 27m 1s) | $27.39 |
| Lyft Credits | -$5.00 |
| Visa *8228 | **$22.39** |

Ride Map

☐ Pickup    3:16 PM
     314 Lucas Dr, Romulus, MI

☐ Dropoff    3:43 PM
     1204 Howard St, Detroit, MI

## Make expensing business

# Hertz. Rental Record# 145809425



MANSOUR KANE
\*\*\*INCOMPLETE RR\*\*\*

| Rental Rate* | 1 @ $ 59.86 per day T $ | 59.86 |
|---|---|---|
| | @ $ 59.99 ex day T $ | |

*Includes Unlimited Miles
**Additional Products**

| Loss Dmg Wvr | Accepted @ $ 31.99 per day T $ | 31.99 |
| Frequent Flyer Surcharge | T $ | .00 |
| Fuel Purchase Option Accepted | $ | 42.76 |

You pre-purchased a full tank and may return at any fuel level.
**Service Charges/Taxes**

| CONCESSION FEE RECOVERY | 11.11% T $ | 6.90 |
| TRAN/MVL/VLC | T $ | 8.15 |
| ENERGY SURCHARGE | T $ | 1.49 |
| VEHICLE LICENSE COST RECOVERY | T $ | .72 |
| Tax 8.000% On Est. Taxable Ttl $ | 109.11  $ | 8.73 |

ADJUSTMENTS

**TOTAL ESTIMATED CHARGE** $ **160.60**



y pay more for tolls?
Pass saves you 33% on avg!
turnpike.org &
Service Plazas.

E-ZPass

OHIO TURNPIKE
Available at ol
all Ohio Turnp



OHIO TURNPIKE
07-Nov-17
Entry 151
Time 05:50
Exit 064
Lane 36
Time 07:17
Class 01  Axles 02
Collector# 106424
Payment:
Cash
Toll Due $ 6.50
Paid         6.50
Bal Due $ 0.00

Total bill
$490.05 + $418 = $908.05

---

| Credit Card Authorization Amount $ | 361.00 |
|---|---|

**Rented by The Hertz Corporation**
LocNum: OHCLE12 / 0157512

| Miles Out: | 0 | Plan: ICPB1 | Class: B |
| Rental Location: | CLEVELAND HOPKINS AP | | |
| Rental Time: | 11/07/17 at 5:17 AM | | |
| Return Location: | DETROIT METRO INTL AP | | |
| Return Time: | 11/08/17 at 5:14 AM | | |

Rental Extensions/Changes 1-800-654-4174
Emergency Road Service 1-800-654-5060

For Explanation of Charges: WWW.HERTZ.COM/CHARGEEXPLAINED
This estimate assumes you will rent and return at the locations and times
indicated, and that you will not exceed any mileage limitations.
Rental Rate subject to increase if You return Car more than 24 hours before
or 24 hours after scheduled Return Time. Late returns may be subject to
extra hour and/or extra day charges.
Charges indicated as **** will be calculated at return.
Taxable charges are preceded by a "T".
145809425                                    PG 1 OF 7#01 RT





**OPERATED BY HMS HOST**

STARBUCKS COFFEE
MIDDLE RIDGE TRAVEL PLAZA

338231 Rebecca

CHK 2558                          GST 1
NOV07'17   6:11AM

    TO GO

1 COD MEDIUM G           2.60
1 LBE CROIS BUTTER       2.80
  LaBoulange Crois Butter

  SUBTOTAL               5.40
  AMOUNT PAID            5.40
  CASH                  10.00
  CHANGE                 4.60
--338231 Closed NOV07 06:11AM--

WE WANT TO HEAR YOUR FEEDBACK!
PLEASE CONTACT 1-877-672-7467
OR CUSTOMERSERVICE@HMSHOST.COM
TO SHARE YOUR EXPERIENCE

STOREID: 4OHSTA05

***************************************
Tell us what you think.
www.feelgood-hmshost.com
Complete a survey on your
experience and enter for a
chance to win great prizes!

USE STORE ID: 0410228 TO PLAY

NO PURCHASE NECESSARY.
Open to legal residents of 50
US/DC;18+(19+ AL/NE, 21+ in MS).
Void where prohibited. Promo
ends 11/12/17. For rules/free
entry by mail/prize info:
www.feelgood-hmshost.com
or send request to:
HMSHost Guest
Satisfaction Sweepstakes
PO Box 270267
Golden Valley, MN 55427.
Sponsor: HMSHost Corporation
Bethesda, MD.
***************************************

---

# Greyhound

1465 Chester Ave.
Cleveland, OH 44114

11/7/2017                    10:22:31 PM
Order Id: AAAJ2GLAACDV
115    DINE IN
Employee: Tyreisha

### 115

1 Dole-Mandarin Orange        $1.99
1 Yogurt                      $1.90
1 2 Eggs *                    $1.99

Sub Total                     $5.88
Sales Tax                     $0.47
Order Total                   $6.35

Cash                         $20.00
Change Due                   $13.65

-> Order Closed <-

*AAAJ2GLAACDV*

Make your meal a combo!



NOW HIRING SMILING FACES!
Please apply on line
www.liberty-petroleum.com
Burger King 21302
451 West Third St
Mifflinville, PA 18631
Tel #570 752-9334

ORDER 29
TAKE OUT

*CRISPY CRISPY CK
*CRISPY CHICKEN     6.79
*SM FRY              0.41
*BOTTLE WATER

SUBTOTAL             6.79
6% TAX               0.41
TOTAL                7.20
CASH                10.00
CHANGE               2.80

Survey Code: 10211-79212-26302-170218

Free Whopper
For Your Thoughts at:
www.bkexperience.com
Check on reverse for Details

Mon Nov 06 2017 09:27 PM T=01L I=5 C=259

---

ACE TAXI

PASSENGER COPY
CARD RECEIPT
MID:        00720000355605
TID:        C281955543
DR. ID:     00000788
CAB#:       2020
DATE:       11/07/2017
ST. TIME:   04:46
END TIME:   05:10
PASS#:      1
TRIP#:      2147483647
DIST.:      14.50 mi
RATE 1
FARE:       $ 36.07
EXTRA:      $  0.00
TIP:        $  0.00
TOTAL:      $ 36.07
CARD#:      ****0385
AUTH#:      01121B
ENTRY METHOD:
  CONTACT CHIP
AID:
  A6000000031010
APPL. NAME:
  CAPITAL ONE VISA
ATC:        0013
AC:
EF61836F37929091